SARAH ALLEN, as Administratrix of the Estate of JOSEPH ALLEN, Deceased, Respondent, *v.* MYRON H. OPPENHEIM, Appellant.

*Allen* v. *Oppenheim*, 146 App. Div. 950, affirmed.
(Argued April 4, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 8, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*E. Clyde Sherwood, Joseph F. Murray* and *Amos H. Stephens* for appellant.

*Frederick N. Van Zandt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.